PHILLIP A. TALBERT
United States Attorney
KATHERINE T. LYDON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**FILED**
May 03, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW LAUGHLIN, <br><br> Defendant. | CASE NO. 2:24-cr-0104 WBS <br><br> 18 U.S.C. § 545 – Smuggling |

I N F O R M A T I O N

<u>COUNT ONE</u>: [18 U.S.C. § 545 – Smuggling]

The United States Attorney charges: T H A T

ANDREW LAUGHLIN,

defendant herein, on or about March 18, 2018, in the State and Eastern District of California, attempted to and did fraudulently and knowingly import and bring into the United States merchandise, to wit, eleven Fire Belly Newts and Asian Warty Newts, contrary to law in that said merchandise was imported in violation of the Lacey Act (Title 16, United States Code, Sections 3372(d)(1)), and thereafter continuing through on or about April 13, 2018 did knowingly conceal and facilitate the transportation and concealment of such merchandise after importation knowing the same to have been imported and

//

brought into the United States contrary to law, all in violation of Title 18, United States Code, Section 545.

Dated: May 3, 2024

PHILLIP A. TALBERT
United States Attorney

By: */s/ Katherine T. Lydon*
KATHERINE T. LYDON
Assistant United States Attorney

## United States v. ANDREW LAUGHLIN
**Penalties for Information**

### **COUNT 1:**

VIOLATION: 18 U.S.C. § 545 – Smuggling goods into the United States

PENALTIES: Term of imprisonment of up to 20 years
Fine of up to $250,000; or both fine and imprisonment
Supervised release of up to 3 years

SPECIAL ASSESSMENT: $100 (mandatory on each count)