PHILLIP A. TALBERT
United States Attorney
ROBIN TUBESING
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:24-CR-00104-WBS |
|---|---|
| Plaintiff, | **ORDER GRANTING MOTION FOR THE DEPOSIT OF FUNDS INTO THE COURT'S DEPOSIT FUND** |
| v. | |
| ANDREW LAUGHLIN, | |
| Defendant. | |

The Court, having reviewed the court files and the United States' Motion for the Deposit of Funds Into the Court's Deposit Fund, and good cause appearing therefrom, hereby GRANTS the Motion. Accordingly, IT IS ORDERED that:

1. The $4,309.17 (the Deposit) received from or on behalf of the defendant shall remain in the Court's deposit fund pending the defendant's sentencing in this case, or upon further order of the Court.

2. Once the imposed judgment is entered and docketed, the Deposit shall then be transferred to the defendant's criminal case.

///

///

///

///

3. The Clerk shall apply the Deposit towards the criminal monetary penalties in the order stated in the Schedule of Payments section of the Judgment.

IT IS SO ORDERED.

Dated: September 13, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE